**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>EMPIRE FINANCIAL GROUP, INC.<br>Debtor(s) | Case No. 10-15073 MEW<br><br>Chapter 7 |

**PROPOSED DISTRIBUTION REPORT**

I, DEBORAH J PIAZZA, Trustee herein, certify that claims filed and docketed in this case by the Clerk of the Bankruptcy Court, have, consistent with the proposed distribution, been reviewed, and all orders of Court have been examined, and state that, based on the review, I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 187,116.81 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Secured Claims: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7) & (a)(9)-(a)(10)): | $ 44,009.74 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 8,868.54 |
| General Unsecured Claims | $ 10,833.55 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 250,828.64 |

**PROPOSED DISTRIBUTION REPORT  -  PAGE 2**

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **1.** | **TYPE OF CLAIMS** | | |
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $321,809.90 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Deborah J. Piazza | 20,000.00 | 20,000.00 |
| | Deborah J. Piazza | 1,240.46 | 1,240.46 |
| | Citrin Cooperman | 25,000.00 | 25,000.00 |
| | Citrin Cooperman | 738.45 | 738.45 |
| | Abrams Fensterman | 45,000.00 | 45,000.00 |
| | Reid Collins Tsai LLP | 131,250.00 | 0.00 |
| | Reid Collins Tsai LLP | 3,443.09 | 0.00 |
| | Tarter Krinsky & Drogin LLP | 80,000.00 | 80,000.00 |
| 20 | John Davenport Maine | 15,137.90 | 15,137.90 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **2.** | **TYPE OF CLAIMS** | | |
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **3.** | **TYPE OF CLAIMS** | | |
| | Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **4.** | **TYPE OF CLAIMS** | | |
| | §507(a)(1)(B) - Domestic Support Obligations | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **5.** | **TYPE OF CLAIMS** | | |
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| **6.** | **TYPE OF CLAIMS** | | |
| | §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $44,009.74 | 100.00% |

**PROPOSED DISTRIBUTION REPORT  -  PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 2,728.61 | 2,728.61 |
| | INTERNAL REVENUE SERVICE | 11,002.44 | 11,002.44 |
| | KENTUCKY DEPT OF REVENUE | 469.00 | 469.00 |
| | INTERNAL REVENUE SERVICE | 638.13 | 638.13 |
| | NYS DEPARTMENT OF TAXATION AND FINANCE | 1,245.79 | 1,245.79 |
| 5 | Andrew Grant | 7,427.79 | 7,427.79 |
| 6 | Shahdad Shimiaie | 4,874.54 | 4,874.54 |
| 22 | Mark Heberger | 7,427.79 | 7,427.79 |
| 24 | James Dorman | 767.86 | 767.86 |
| 28 | Ron Ashley | 7,427.79 | 7,427.79 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | 507(a)(7) – Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $9,540.51 | 92.96% |

| CLAIM | | ALLOWED | DIVIDEND |
|---|---|---|---|

**PROPOSED DISTRIBUTION REPORT  -  PAGE 4**

| NUMBER | CREDITOR | AMOUNT | AMOUNT |
|---|---|---:|---:|
| | NYS DEPARTMENT OF LABOR | 207.18 | 40.15 |
| | KENTUCKY DEPT OF LABOR | 40.00 | 40.00 |
| | FLORIDA DEPARTMENT OF REVENUE | 30.78 | 30.78 |
| | NYS DEPARTMENT OF LABOR | 1,012.48 | 1,012.48 |
| | KENTUCKY DEPT OF LABOR | 12.54 | 2.43 |
| | INTERNAL REVENUE SERVICE | 69.16 | 13.40 |
| | INTERNAL REVENUE SERVICE | 2,657.92 | 2,657.92 |
| | INTERNAL REVENUE SERVICE | 75.80 | 14.69 |
| | INTERNAL REVENUE SERVICE | 437.10 | 437.10 |
| | INTERNAL REVENUE SERVICE | 468.78 | 90.82 |
| | INTERNAL REVENUE SERVICE | 638.13 | 638.13 |
| 32 | State Of New York Department Of Lab | 3,017.18 | 3,017.18 |
| 33 | State Of New York Department Of Lab | 873.46 | 873.46 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §507(a)(10) - Death & Personal Injury | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $80,915.86 | 44.28% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| | KENTUCKY DEPT OF REVENUE | 100.31 | 19.43 |
| | INTERNAL REVENUE SERVICE | 109.63 | 21.24 |
| | INTERNAL REVENUE SERVICE | 1,890.24 | 366.23 |
| | INTERNAL REVENUE SERVICE | 468.78 | 90.82 |
| | NYS DEPARTMENT OF TAXATION AND FINANCE | 202.13 | 39.16 |
| 1 | Wells Fargo Financial Leasing, Inc. | 12,308.47 | 2,384.74 |
| 5U | Andrew Grant | 1,768.28 | 342.60 |
| 9 | C/O Silvermanacampora Llp William C | 12,500.00 | 0.00 |

10-15073-mew    Doc 173    Filed 04/07/16    Entered 04/07/16 11:37:11    Main Document
Pg 5 of 6

**PROPOSED DISTRIBUTION REPORT - PAGE 5**

| | | | |
|---|---|---:|---:|
| 10 | Jesup & Lamont Securities Corporati | 12,500.00 | 0.00 |
| 11 | Slomin"s Inc. | 92.71 | 17.96 |
| 12 | Thomas Allgood | 2,600.40 | 503.82 |
| 13 | Options Price Reporting Authority L | 1,025.00 | 198.59 |
| 14 | Atlas Sales & Rentals, Inc. | 11,106.56 | 2,151.87 |
| 15 | Ticker Technologies, Inc. | 1,461.00 | 283.07 |
| 18 | Ricoh Business Solutions | 5,663.20 | 1,097.23 |
| 22U | Mark Heberger | 1,432.90 | 277.62 |
| 28U | Ron Ashley | 1,588.69 | 307.80 |
| 30 | Istreamplanet Co. | 14,097.56 | 2,731.37 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| **16.** | **TYPE OF CLAIMS** | | |
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| **17.** | **TYPE OF CLAIMS** | | |
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| **18.** | **TYPE OF CLAIMS** | | |
| | Subordinated General Unsecured Claims | $65,000.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 31 | Donald A. Wojnowski, Jr. | 65,000.00 | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| **19.** | **TYPE OF CLAIMS** | | |
| | §726(a)(5) – Interest | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| **20.** | **TYPE OF CLAIMS** | | |
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order, have been withdrawn by the claimant or have been superseded by the filing of a subsequent claim:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

**PROPOSED DISTRIBUTION REPORT  -  PAGE 6**

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:    4/7/2016                                                                      /s/ Deborah J. Piazza
                                                                                                         DEBORAH J PIAZZA, Trustee

{Client/008461/BANK917/01099789.DOCX;1 }